IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HARRY HEASLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 02: 09-cv-0762 |
| | ) | |
| U.S. INVESTIGATIVE SERVICES, LLC, CIGNA CORPORATION a/k/a CIGNA GROUP INSURANCE and LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING STIPULATION**

**AND NOW**, this 18th day of August, 2009, it is hereby **ORDERED** pursuant to the parties Stipulation, that Defendant Cigna Corporation a/k/a Cigna Group Insurance is removed as a defendant from the Complaint and the case caption pursuant to Fed.R.Civ.P. 15(a)(1).

It is further **ORDERED** that the caption of this matter is amended as follows:

| | | |
|---|---|---|
| HARRY HEASLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 02: 09-cv-0762 |
| | ) | |
| U.S. INVESTIGATIVE SERVICES, and LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

BY THE COURT:

s/Terrence F. McVerry
United States District Court Judge

cc:   Doug J. Olcott, Esquire
Dallas W. Hartman, P.C.
Email: dolcott@dallashartman.com

John G. Ferreira, Esquire
Morgan, Lewis & Bockius
Email: jferreira@morganlewis.com

Stephanie R. Reiss, Esquire
Morgan Lewis & Bockius
Email: sreiss@morganlewis.com